**Order entered December 5, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01027-CV

## IN THE INTEREST OF C.J.G., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-21736**

### ORDER

On November 10, 2022, after court reporter Francheska Duffey informed the Court that appellant had not requested the reporter's record, we directed appellant to file, within ten days, written verification he had requested the record. Although we cautioned that failure to comply could result in the appeal being submitted without the record, he has yet to comply. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant to file his brief no later than January 4, 2023.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE